PETITION FOR:

WRIT OF HABEAS CORPUS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA, ILLINOIS

---

United States of America ex rel.         )
                                         )
CLEVE HEIDELBERG, JR.,                   )
                                         )
            Petitioner Pro Se,           )
                                         )
                                         )      CASE NUMBER:
vs.                                      )
                                         )
                                         )
JOHN CHAMBERS, Warden,                   )
Danville Correctional Center,            )
                                         )
            Respondent.                  )

FILED
JUN 22 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT ILLINOIS

---

State of Illinois   )
County of Vermilion ) §

PETITION FOR WRIT OF HABEAS CORPUS
(Filed Pursuant to 28 U.S.C. § 2254
by Person In State Custody)

Submitted by:

MR. CLEVE HEIDELBERG, Jr.
Petitioner Pro Se

Prison Number:  C01521
Danville Corr. Center
3820 East Main Street
Danville, Illinois  61834

PETITION

1. Name and the location of court which entered the judgement of conviction under attack: Circuit Court of the Tenth Judicial Circuit, Peoria County, Peoria, Illinois.

2. Date of judgment of conviction: December 15, 1970; Resentenced on August 24, 1976.

3. Length of sentence: Concurrent 4 2/3 - 14 years and 99 - 175 years.

4. Nature of Offense: Indictment # 70 Y 1976; Count III - Attempted Armed Robbery, Count II - Murder.

5. The pled: Not Guilty as to both Counts.

6. Kind of Trial: Jury.

7. Yes.

8. Appeal from Judgment of conviction and sentence: Yes. (A) (1) To Illinois Appellate Court, (2.) Results: Affirmed conviction and sentence, (3.) Date of result: November 13, 1975, (4) Not guilty issues. People v. Heidelberg, 338 N.E.2d 56 (3rd Dist. 1975).

9. Other than direct appeal from judgment of conviction and sentence, previously filed petitions and legal actions: YES.

10. (A) Post-conviction petition, filed: February 23, 1971, Issues: New evidence of innocence; suppression of evidence. Hearing: No., Result: Denied on date unknown.

    (B) Petition for Pardon; denied in November 1973 by Illinois Parole and Pardon Board. No appeal allowed.

(i.)

(C)   Civil Rights Comlaints; <u>Heidelberg v. Calkins</u>, No. 73-20(C.D.Ill.)<u>, dismissed in 1975; Heidelberg v. Hammer</u>, No. 78-3159 (C.D.Ill), dismissed April 5, 1982.

(D)   Habeas Corpus Petition, filed on July 17, 1997, <u>Heidelberg v. Illinois PRB</u>, (C.D.Ill), No. 97 C 5168, Issue: Denial of Parole, Summarily Dismissed on February 4, 1998.

(E)   Motion for Fingerprint Testing & Petition For Writ of Habeas Corpus; filed on October 19, 2001 in Peoria, County, Issues: Re-examination of evidence and State Suppression of Evidence. Both denied on same date of filing.

(F)   Habeas Corpus Petition; filed in April 2003, <u>Heidelberg v. Briley</u>, (N.D.Ill), No. 03 C 4997, Issues: Actual Innocence and State Suppression of Evidence. Dismissed September 16, 2003.

(G)   Oral Petitions for Fixed Release Outdate; numerous made to Prisoner Review Board 1981 to 2004. All denied.

(H)   Petition for Executive Clemency & Pardon; November 2004 with Office of Governor of Illinois. Issues: Actual Innocence and Fixed Release Outdate. Pending.

11.   Re: #8, Original Direct Appeal was taken to Illinois Supreme -- PLA denied on March 8, 1976. Re: (A), PC denied Appellant Court and PLA denied on March 8, 1976. Re: (B) Not appealed, no appeal was allowed by Board. Re: (C) Appeal granted - (577 F.2d 429 (7th Cir.1978). Re: (D) Appeal denied - (163 F.3d 1025 (7th Cir.1998), cert. denied, 528 U.S. 955 (1999). Re: (E) Appeal denied in Appellate Court on July 19, 2002, PLA denied December 5, 2003. Re: (F) Motion to Appeal denied on June 8, 2004.

12. Regarding the exhaustion of claim herein presented: State Petition & Supplemental for Habeas Corpus were filed on January 11, 2006. Filed in Danville, Illinois -- Vermilion County. They were denied on April 27, 2008, Case No. 06 MR 6. On Appeal, Appellate Court affirmed on November 8, 2006 and PLA was denied by Illinois Supreme Court on May 1, 2007.

13. Habeas Corpus Claim presented for relief:

<u>ADJUDICATION MADE BY ILLINOIS SUPREME COURT THAT STATUTE 3-3-2.1 (b) DID NOT VIOLATE PETITIONER'S CONSTITUTIONAL RIGHT TO BE FREE FROM HAVING EX POST FACTO LAW IMPOSED ON HIM; RESULTED IN A DECISION THAT WAS CONTRARY TO, OR INVOLVED AN UNREASONABLE APPLICATION OF, CLEARLY ESTABLISHED FEDERAL LAW, AS DETERMINED BY THE SUPREME COURT OF THE UNITED STATES IN WEAVER V. GRAHAM, 101 S.CT. 960.</u> **

**NOTE: A necessary legal brief and an Appendix of Supporting facts are submited and are hereto attached.

14. Regarding the aboved claim Petitioner appeared PRO SE in the circuit and appeals courts.

15. Petitioner was sentenced only on two counts of the indictment filed against him. He has no future sentence to serve after he has completed the sentence imposed by the judgment under attach.

WHEREFORE, Petitioner CLEVE HEIDELBERG, Jr., prays that the court grant him the extraordinary habeas corpus relief to which he may be entitled in this proceeding.

SUBSCRIBED and SWORN to before me on this 12th day of June, 2007.

_Cleve Heidelberg_
Petitioner Pro Se

(iii.)

NOTARY PUBLIC: _Elizabeth A Robson_

"OFFICIAL SEAL"
ELIZABETH A. ROBSON
Notary Public, State of Illinois
My Commission Expires 12/05/10

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

---

CLEVE HEIDELBERG, JR.,            )
       Petitioner Pro Se,  )
                                  )
       VS.                          )    Case #:
JOHN CHAMBERS, Warden,            )
       Respondent.                  )

---

NOTICE OF FILING

AND

PROOF OF SERVICE

**FILED**

JUN 22 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO:

LISA MADIGAN
Attorney General of Illinois
100 West Randolph Street
12th Fl.
Chicago, Illinois  60601

    YOU ARE HEREBY NOTIFIED that on the date which appears below that I have caused my:  PETITION FOR WRIT OF HABEAS CORPUS to be filed in the aboved court.  Please be so-advised.

    Further, I HEREBY CERTIFY that I have placed the Petition mentioned above  in the institutional mail at Danville Correction Center, properly addressed to the party listed in the aboved action, for mailing through the U.S. Postal Service.

DATED:  June 13, 2007

Subscribed and Sworn to
before me on this 13th
day of June, 2007.

                                *Mr. Cleve Heidelberg*
                                 Petitioner Pro Se

NOTARY PUBLIC: *Elizabeth A. Robson*

"OFFICIAL SEAL"
ELIZABETH A. ROBSON
Notary Public, State of Illinois
My Commission Expires 12/05/10