E-FILED
Monday, 25 June, 2007  03:31:26 PM
Clerk, U.S. District Court, ILCD

07-2118

*Heidelberg v Chambers*

| SENDER: **COMPLETE THIS SECTION** | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *R Brown*   ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery<br>6/23/07<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>07-2118 |
| 1. Article Addressed to:<br><br>*John Chambers*<br>*3820 E. Main*<br>*Danville Il*<br>*61834* | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7004 2890 0001 1719 8649 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**FILED**

JUN 25 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL