E-FILED
Friday, 13 July, 2007  03:32:58 PM
Clerk, U.S. District Court, ILCD



In The
United States District Court
Central District of Illinois (Urbana)

| | |
|---|---|
| Cleve Heidelberg, )<br>)<br>    Petitioner, )<br>)<br>VS. )<br>)<br>John Chambers, )<br>)<br>    Respondent. ) | No. 07-1169 ~~07-CV-2118~~<br><br>Hon. District Judge,<br>Michael P. McCuskey,<br>Presiding. |

FILED
JUL 13 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

<u>Motion for Reconsideration of Intradistrict Transfer</u>

    Comes Now CLEVE HEIDELBERG, Petitioner Pro Se in the aboved case; and he hereby motions this Honorable Court to reconsider the Intradistrict Transfer it ordered on 6/25/2007, regarding his Habeas Corpus action. In support of this motion, the following is presented for due consideration:

    IN THE INTEREST OF JUSTICE, PETITIONER'S HABEAS CORPUS ACTION SHOULD BE HEARD & DECIDED IN THE URBANA DIVISION, <u>OR</u> IN A DISTRICT COURT WHEREIN HIS ACTION WILL NOT BE PREJUDGED BY ANY APPARENT OR REAL CONFLICT OF INTEREST.

    Petitioner does not question this District Court's sound discretion to transfer his Habeas Corpus application to either another Division or District Court for hearing and determination. <u>Title 28 § 2241(d)</u>. Nevertheless, by no fault of its own, this Court has abused its discretion where no determination was made of whether the Intradistrict Transfer would be in the best interest of justice.

    Unbeknown to this District Court at the time of such order to transfer were the following information: (1.) That Judge Michael M. Mihm's assignment to hear & decide

the Habeas Corpus application would (and have) place him in an unnecessary conflict of interest situation. In that, prior to his appointment as a District Judge in 1982, he was the States Attorney for Peoria County and functioned in that capacity during the posttrial proceedings & Direct Appeal of the same sentencing judgment now being questioned in Petitioner's Habeas Corpus action. See: <u>People v. Heidelberg</u>, 338 N.E.2d 56. Further, that issues presented in that matter are still being litigated and certain of those issues involves the actions & ommissions of Judge Michael M. Mihm, in his capacity as the States Attorney of Peoria County. Those certain issues are now pending a public Executive Clemency hearing before the Illinois Prisoner Review Board and the Governor of the State of Illinois. And, (2.) assignment of Petitioner's Habeas Corpus action to be heard & decided by the only other District Judge in the Peoria Division would place him in a possible position of conflict of interest. In that, District Judge McDade did function as one of Petitioner's appointed attorneys in the case that produced the sentencing judgment now being questioned in the Habeas Corpus action and in the Executive Clemency matter.

Petitioner is entitled to have his Habeas Corpus application heard & decided in a jurisdiction wherein he is now incarcerated. He is entitled to have a totally disinterested forum to consider the important Federal Question that his Habeas Corpus action presents for relief.

WHEREFORE, Petitioner CLEVE HEIDELBERG prays that, in the interest of justice, his Habeas Corpus action be heard & decided in the Urbana Division of the Court; or, if for any reason the Urbana Division can not deal with the case, that it be properly transfered to any District Court wherein his action can be fairly heard and decided.

_Mr. Cleve Heidelberg_
Petitioner

SUBSCRIBED and SWORN to before me on this 11th day of July 2007.
NOTARY PUBLIC: _Elizabeth A. Robson_

"OFFICIAL SEAL"
ELIZABETH A. ROBSON
Notary Public State of Illinois
My Commission Expires 12/05/10

(Page 2 of 2)