E-FILED
Tuesday, 21 August 2007 11:55:55 AM
Clerk, U.S. District Court, ILCD

FILED
AUG 21 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CLEVE HEIDELBERG, ) | |
| Petitioner, ) | |
| v. ) | Case No. 07-cv-1169 |
| JOHN CHAMBERS, ) | JOE BILLY McDADE |
| ) | United States District |
| Respondent. ) | Judge, |
| ) | Presiding. |

## MOTION TO CLARIFY

Comes Now CLEVE HEIDELBERG, Petitioner Pro Se, and hereby submits clarifying information regarding his July 13th and August 7, 2007 motions. In that,

(1.) Upon review of his State Court trial records, it is now correctly observed that an Attorney McDade never entered his appearance to represent me in any capacity regarding my State Court case & trial. On July 8, 1970 however an Attorney McDade did appear during the pretrial proceedings in response to the request of the trial judge. At that time the Court asked but Attorney McDade declined to be appointed to represent me; he cited that such representation would cause a hardship on his Law Office and he was thus not appointed to represent me. (Trial Record, R. 1-16, July 8, 1970).

(2.) That Petitioner HEIDELBERG do apologize for incorrectly alleging that this Honorable Court (Judge Joe Billy McDade) functioned as one of my appointed attorneys in my State case. Petitioner also apologizes for and fully regret any imputation on this Court's integrity or impartiality he indicated in his previous motions.

(P 1 of 2)

WHEREFORE, Petitioner HEIDELBERG do clarify that his July 13th and August 7, 2007 motions to transfer this case are hereby withdrawn.

SUBSCRIBED and SWORN to before me on this 17th day of August 2007.

*Cleve Heidelberg*
Petitioner

**OFFICIAL SEAL**
**ELIZABETH A. ROBSON**
Notary Public, State of Illinois
My Commission Expires 12/05/10

Notary Public: *Elizabeth A. Robson*

TO: Clerk of the Court

FR: Mr. C. Heidelberg

RE: <u>POINT OF INFORMATION</u>

PLEASE BE ADVISED that the Court's 8/2/2007 Docket Text Order entered in Case 07-cv-1169 was not electronically or otherwise noticed to the Attorney for Respondent in the case.

Originally, upon the filing of my Habeas Corpus Petition, a Notice of Filing & Proof of Service thereof was sent to LISA Madigan, Attorney General of Illinois. Her office represented the Respondent in the Circuit Court and appeal; thus I assumed her office would be standing for the Respondent in this matter. If that is correct, you should advise her office of the 8/2/2007 order. Or is that my responsibility to do so?

Thank you,

Mr. Cleve Heidelberg