E-FILED
Friday, 28 September, 2007 02:32:29 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

September 28, 2007

Cleve Heidelberg, C-01521
Danville Correctional Center
Inmate Mail/Parcels
3820 E. Main St.
Danville, IL 61834

RE: Heidelberg vs. Chambers
CASE NO. 07-1169


Dear Mr Heidelberg:

NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).


JOHN M. WATERS, CLERK
U.S. DISTRICT COURT


cc:  all counsel


JWM/cl