# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**CLEVE HEIDELBGERG**

vs.

Case Number:    **07-1169**

**JOHN CHAMBERS, Sued as
Warden John Chambers**

**DECISION BY THE COURT**.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus pursuant to 28 USC §2254 is dismissed.

ENTER this 18th day of December, 2007

JOHN M. WATERS, CLERK

s/ C. Lambie
BY:  DEPUTY CLERK

07-1169.wpd