# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| CLEVE HEIDELBERG, | ) |
| Petitioner, | ) |
| v. | ) Case No. 07-cv-1169 |
| JOHN CHAMBERS, | ) |
| Respondent. | ) |

## O R D E R

Before the Court is the Motion to Vacate Judgment filed by Petitioner, Cleve Heidelberg, on April 7, 2008 [Doc. 17]. The Motion is GRANTED.

Petitioner claims that the undersigned represented him in the criminal case that underlies this title 28 U.S.C. § 2254 Petition. The undersigned does not recall representing Petitioner while in private practice; however, Petitioner has referred the Court to the Illinois Court of Appeals opinion in his direct appeal in which the court indicates that the undersigned represented Petitioner for two days in 1970. People v. Heidelberg, 338 N.E.2d 56, 64-65 (Ill. App. Ct. 1975). In light of this notation, the undersigned must be disqualified from presiding over this matter. See 28 U.S.C. § 455(b)(2).

IT IS THEREFORE ORDERED:

1. That the Motion to Vacate Judgment be GRANTED [Doc. 17].

2. The Order granting the Motion to Dismiss and the corresponding Judgment be VACATED.

3.  The undersigned hereby RECUSES himself and this matter is referred to Chief Judge Michael P. McCuskey for reassignment.

Entered this <u>8th</u> day of April, 2008

s/ Joe B. McDade<br>
JOE BILLY MCDADE<br>
United States District Judge